AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAY 19 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ASTON R. CLEMMINGS
[redacted]

**WARRANT FOR ARREST**

CASE NUMBER: 1:04-CR-00071-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ASTON CLEMMINGS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara L. Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

May 19, 2005 at Providence, RI
Date and Location

Bail fixed at $ ____ by ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at New York state custody on detainer; arrested by USMS E/NY | | |
| DATE RECEIVED 05/19/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 04/24/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.